JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BCS INSURANCE COMPANY, an Ohio Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BOSCO & WARD AAL, a California corporation; DON BOSCO, ESQ., an individual; JEFFREY WARD ESQ., an individual; and JUDITH CONNOLLY, an individual,<br><br>Defendants. | Case No. CV12-6197-MWF (JCGx)<br><br>[Assigned to Judge Michael W. Fitzgerald, United States District Judge]<br><br>**ORDER OF DISMISSAL**<br><br>Action Filed: July 18, 2012<br>Trial Date: September 3, 2013 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THIS ACTION IS HEREBY DISMISSED IN ITS ENTIRETY WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS AND FEES.**

Dated: May 31, 2013

_____
Michael W. Fitzgerald, United States District Judge
Judge, United States District Court

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

BC99-0000003
9886267.1

1
[PROPOSED] ORDER OF DISMISSAL